UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS MANUEL MORFIN VILLA and OMAR VAYAS DURAN, <br><br> Defendants. | CASE NO. 5:21-MJ-00033-JLT <br><br> **UNSEALING ORDER** |

Good cause appearing due to the defendants' pending initial appearances in the Eastern District of California, it is hereby ordered that the Complaint, arrest warrant, and related court filings in the above matter, be UNSEALED.

DATED: June  30 , 2021

_____
JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE